UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN COFFEY,

      Plaintiff,

                                    Case No. 2:21-cv-258

v.

                                      Hon. Hala Y. Jarbou

CITY OF FREEPORT, et al.,

      Defendant.

_____/

## **ORDER**

On April 11, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court dismiss Plaintiff's complaint (ECF No. 9) as frivolous and for failure to state a claim upon which relief may be granted, and, to the extent that Plaintiff asserts state-law claims, that the Court decline to exercise its supplemental jurisdiction.  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired.[1]  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

---

[1] After Plaintiff requested additional time to respond to the R&R, the Court gave her until May 12, 2022, to file objections.  She did not meet the extended deadline.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.


Date:   May 17, 2022                          /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              UNITED STATES DISTRICT JUDGE